**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IN RE: WENDELL LAMPKIN,                              Case No. 8:20-cv-2535-T-02AEP
_____/

**O R D E R**

Before the Court is a letter (Doc. 1) received from Wendell Lampkin, a Florida detainee at Land O'Lakes Detention Center. Mr. Lampkin writes that he has been threatened with violence and called derogatory names by an Officer Garcia in retaliation for filing grievances. And, in conclusory fashion, he writes that he has been subject to excessive force.

Rule 3, Fed.R.Civ.P., provides that "[a] civil action is commenced by filing a complaint with the court." Mr. Lampkin has failed to file a complaint to initiate an action. Accordingly, this case is **DISMISSED** without prejudice to Mr. Lampkin initiating a case by filing a complaint in a new case with a new case number. The **Clerk of Court** shall mail a copy of the Court's civil rights complaint form and affidavit of indigency form to Mr. Lampkin with his copy of this Order and close this case.

**ORDERED** in Tampa, Florida, on November 2, 2020.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

SA: sfc
Copy to: Wendell Lampkin, *pro se*

1